**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Edward DEE, Defendant—Appellant.**

No. 04–10314.

D.C. No. CR–02–01090–FJM.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Dyanne C. Greer, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Greg McCarthy, Esq., Phoenix, AZ, for Defendant–Appellant.

Before O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges.

MEMORANDUM **

Edward Dee appeals the 97–month sentence imposed following his guilty plea to aggravated sexual abuse in violation of 18 U.S.C. §§ 1153 and 2241(a). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.